UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MULLEN, et al.,

Plaintiffs,

Case No. 1:17−cv−00711−PLM−RSK

v.

Hon. Paul L. Maloney

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Defendant.
________________________________/

**NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY**

NOTICE is hereby given that the above−captioned case was removed from Ingham County Circuit Court, and electronically filed in this court on August 8, 2017 . The case has been assigned to Paul L. Maloney .

The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

CLERK OF COURT

Dated: August 8, 2017

By: /s/ E. Siskind
Deputy Clerk