UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Michael Mullen
Plaintiff(s),

Case No. 1:17-cv-00711

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY
Defendant(s).
_______________________________/

HON. PAUL L. MALONEY

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Life Insurance Company of North America*
(Party Name)
makes the following disclosure:

*Cigna Health and Life Insurance Company is not the proper defendant in this matter as the Group Accident Policy at issue was issued by Life Insurance Company of North America ("LINA"). LINA will stipulate to substitute itself for Cigna Health and Life Insurance Company

1. Is party a publicly held corporation or other publicly held entity? [X] Yes [ ] No

2. Does party have any parent corporations? [X] Yes [ ] No
If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings, Inc., which is a wholly owned subsidiary of CIGNA Corporation. Shares of CIGNA Corporation are publicly traded.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? [X] Yes [ ] No
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? [ ] Yes [X] No
If yes, identify entity and nature of interest:

Date: August 9, 2017

/s/ Kevin M. Blair
(Signature)